

LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

■

Audrie G. STEWART, John H. Rhodes, Josephine H. Roberts, Harriet M. King, Appellants at No. 4,

v.

UPPER ALLEN TOWNSHIP ZONING HEARING BOARD, Appellee,

Upper Allen Township and Grantham Woods, et al., Intervenors.

Appeal at No. 5 of John C. TUTEN, Sarah G. Tuten, Richard W. Stevenson, Bonnie K. Stevenson, and Anne G. Miller; Monoghan Township (York County), Intervenors.

Supreme Court of Pennsylvania.

Argued April 6, 1994.

Decided April 22, 1994.

G. Thomas Miller, Harrisburg, for J.C. Tuten, et al.

James H. Stewart, Jr., Harrisburg, for Stewart, Rhodes, Roberts & King.

David R. Getz, Harrisburg, for intervenors Grantham Woods.

William E. Miller, Jr., Harrisburg, for Upper Allen Tp.

### ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice

■

Janine HUGHES, Appellant,

v.

COUNCIL 13, AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL–CIO, and the Commonwealth of Pennsylvania, Department of Public Welfare.

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Edward A. Olds, Dolores Innamorato, Pittsburgh, for J. Hughes.

Alaine Williams, Philadelphia, for AFSCME.

Edward Carey, Pittsburgh, for DPW.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice

LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**Samuel S. LYNESS, M.D., Appellant,**

v.

**STATE BOARD OF MEDICINE of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Jean B. Green, Donald J. Martin, Norristown, for S.S. Lyness.

John F. Alcron, Joyce McKeever, Harrisburg, for State Bd. of Medicine.

### *ORDER*

PER CURIAM:

Appeal quashed for failure to exhaust administrative remedies.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**MACK TRUCKS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

Robert L. Weldon, Harrisburg, for Mack Trucks Inc.

Bart J. DeLuca, Jr., Harrisburg, for Board of Finance and Revenue.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.